ELIZABETH THIEME, Respondent, *v.* NIAGARA FIRE INSURANCE COMPANY, Appellant.

*Thieme* v. *Niagara Fire Ins. Co.,* 100 App. Div. 278, affirmed.
(Argued May 14, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover upon a policy of fire insurance.

*Robert Thorne* for appellant.

*Charles E. Le Barbier* and *Frederick H. Stillwagen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY, J.